```
Court Name: EASTERN DISTRICT OF VIRGINIA
Division: 3
Receipt Number: 300000902
Cashier ID: lbreeden
Transaction Date: 06/12/2007
Payer Name: JAMES GIBSON PLLC
------------------------------------
CIVIL FILING FEE
 For: JAMES GIBSON PLLC
 Amount:        $350.00
------------------------------------
CHECK
 Check/Money Order Num: 1530
 Amt Tendered: $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

#3:07-CV-342
```