AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of Virginia

**RICHMOND DIVISION**

SEGONE, INC.

**SUMMONS IN A CIVIL CASE**

V.

FOX BROADCASTING
COMPANY

CASE NUMBER: **3:07CV342**

TO: (Name and address of Defendant)

Fox Broadcasting Company
Attention: Mr. Gary D. Roberts
10201 West Pico Boulevard
Los Angeles, California 90035

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James Gibson, Esq.
James Gibson PLLC
1926 Hickoryridge Road
Richmond, Virginia 23238

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Fernando Galindo                                   6/12/2007

CLERK                                              DATE

**FILE COPY**

(By) DEPUTY CLERK