IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

FILED
JUN 12 2007
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 3:07CV342, Case Name segOne, Inc. v. Fox Broadcasting Co.
Party Represented by Applicant: segOne, Inc.

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Christopher J. Sprigman
Bar Identification Number 2688893     State New York
Firm Name University of Virginia School of Law
Firm Phone # 434 924 4701     Direct Dial # 434 924 6331     FAX # 434 924 7536
E-Mail Address sprigman@virginia.edu
Office Mailing Address 580 Massie Rd., Charlottesville, VA 22903

Name(s) of federal court(s) in which I have been admitted Southern District NY; Dist. Columbia Circuit

I certify that the rules of the federal court(s) in which I have been admitted and have my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)    June 11, 2007 (Date)
James Gibson
(Typed or Printed Name)

Court Use Only:

Clerk's Fee Paid ✓   or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____

_____    _____
(Judge's Signature)                (Date)

## CERTIFICATE OF SERVICE

I, James Gibson, hereby certify that on June 12, 2007, a copy of the foregoing Motion For Admission Pro Hac Vice Of Christopher J. Sprigman, along with the Application attached thereto, was served by U.S. Mail, postage prepaid, on the following party:

Fox Broadcasting Company
Attention: Mr. Gary D. Roberts
10201 West Pico Boulevard
Los Angeles, California 90035

James Gibson
*Attorney for Plaintiff segOne, Inc.*