JUN.19.2007  2:42PM   DLS, INC.                                       NO.038   P.2



## Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION
------------------------------------------------X

SEGONE, INC.,

        Plaintiff,         Case No. 3:07CV342

      -against-         AFFIDAVIT OF SERVICE

FOX BROADCASTING
COMPANY,

        Defendant.
------------------------------------------------X

STATE OF CALIFORNIA  )
                  S.S.:
COUNTY OF LOS ANGELES  )

TRACY RIEDEMAN, being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

That on the 15th day of June, 2007, at approximately the time of 11:28 A.M., deponent served a true copy of the SUMMONS IN A CIVIL CASE; COMPLAINT FOR DECLARATORY JUDGMENT AND INJUCTIVE RELIEF; FINANCIAL INTEREST DISCLOSURE STATEMENT; AND CIVIL COVER SHEET upon FOX BROADCASTING COMPANY at 2121 Avenue of the Stars, Suite 700, Los Angeles, CA, by personally delivering and leaving the same with PATRICK T. GILLHAM who informed deponent that HE holds the position of Sr. Counsel with that company and is authorized by appointment to receive service at that address.

PATRICK T. GILLHAM is a WHITE MALE, approximately 40 years of age, stands approximately 5 feet 11 inches tall, weighs approximately 180 pounds with BALDING hair.

_Tracy Riedeman_
PROCESS SERVER

State of California, County of Los Angeles
Subscribed and Sworn to (or affirmed) before me on
this 20 day of June, 2007 By
CHRISTOPHER P. TRINDADE, personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_CPT_
NOTARY PUBLIC

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

CHRISTOPHER P. TRINDADE
Commission # 1509952
Notary Public - California
Los Angeles County
My Comm. Expires Aug 26, 2008

