# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **SEGONE, INC.,**  ) | |
| ) | |
| **Plaintiff,**  ) | |
| ) | |
| v.  ) | Civil Action No. 3:07cv342-JRS |
| ) | |
| **FOX BROADCASTING COMPANY,**  ) | |
| ) | |
| **Defendant.**  ) | |
| _____  ) | |

## CONSENT MOTION FOR ORDER
## EXTENDING TIME TO FILE RESPONSIVE PLEADINGS

Defendant, Fox Broadcasting Company, ("Fox"), by counsel, respectfully moves for an extension of 22 days – through July 29, 2007 – of the time in which it may file pleadings in response to the Complaint filed by Plaintiff segOne, Inc. ("segOne"), stating as follows:

1. segOne commenced this action on June 12, 2007, serving its Complaint and Summons upon Fox on or about June 15, 2007.

2. Fox's responsive pleadings are currently due on July 5, 2007.

3. In a telephone conversation with undersigned counsel on June 27, 2007, segOne's counsel agreed to the requested extension, on the express condition that Fox agree not to challenge the adequacy of service of process. Fox agrees to this condition.

For these reasons, Fox submits that cause has been shown for the requested extension and respectfully asks for entry of the attached Order.

                                        Respectfully submitted,

                                        FOX BROADCASTING COMPANY

                                        By Counsel

| | |
|---|---|
| /s/_____ | |
| Robert M. Tyler (VSB No. 37861) | Of Counsel: |
| rtyler@mcguirewoods.com | |
| Attorney for Fox Broadcasting Company | Paul B. Gaffney |
| McGUIREWOODS LLP | pgaffney@wc.com |
| One James Center | Jessamyn S. Berniker |
| 901 East Cary Street | jberniker@wc.com |
| Richmond, VA 23219-4030 | Attorneys for Fox Broadcasting Company |
| Telephone: (804) 775-7695 | Williams & Connolly LLP |
| Facsimile: (804) 698-2197 | 725 12th Street, NW |
| | Washington, DC 20005 |
| | Telephone: (202) 434-5000 |
| | Facsimile: (202) 434-5029 |

CERTIFICATE OF SERVICE

      I certify that on June 28, 2007, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following counsel for Plaintiff segOne, Inc.

| | |
|---|---|
| James Gibson | Christopher J. Sprigman |
| James Gibson PLLC | University of Virginia School of Law |
| 1926 Hickoryridge Rd. | 580 Massie Rd |
| Richmond, VA 23238 | Charlottesville, VA 22903 |
| 804-287-6398 | 434-924-6331 |
| Fax: 804-287-6398 | Fax: 434-924-7536 |
| Email: jgibson@richmond.edu | Email: sprigman@virginia.edu |

      /s/_____
Robert M. Tyler (VSB No. 37861)
rtyler@mcguirewoods.com
Attorney for Fox Broadcasting Company
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia  23219-4030
Telephone:     (804) 775-7695
Facsimile:     (804) 698-2197