# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| **SEGONE, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 3:07cv342-JRS |
| ) | |
| **FOX BROADCASTING COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER EXTENDING TIME

Upon the consent of the parties, the time within which Defendant Fox Broadcasting Company may file pleadings in response to Plaintiff's Complaint is extended to and including July 27, 2007.

Let the Clerk send a copy of this Order to all counsel of record.

And it is SO ORDERED.

_____                           _____
        Date                                      Chief United States District Judge

We ask for this:

FOX BROADCASTING COMPANY

  /s/
_____
Robert M. Tyler (VSB No. 37861)
rtyler@mcguirewoods.com
Attorney for Fox Broadcasting Company
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA  23219-4030
Telephone:    (804) 775-7695
Facsimile:    (804) 698-2197

Of Counsel:

Paul B. Gaffney
pgaffney@wc.com
Jessamyn S. Berniker
jberniker@wc.com
Attorneys for Fox Broadcasting Company
Williams & Connolly LLP
725 12th Street, NW
Washington, DC 20005
Telephone:	(202) 434-5000
Facsimile:	(202) 434-5029