IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **SEGONE, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 3:07cv342-JRS |
| | ) |
| **FOX BROADCASTING COMPANY,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**DEFENDANT'S FINANCIAL INTEREST DISCLOSURE STATEMENT**

To comply with Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Fox Broadcasting Company ("Fox") certifies that Fox is a wholly owned subsidiary of the News Corporation, a Delaware corporation whose shares are issued to the public. Further, Liberty Media Corporation, which itself issues shares to the public, has approximately a 19% interest in the voting stock of News Corporation.

FOX BROADCASTING COMPANY

By Counsel

/s/
Robert M. Tyler (VSB No. 37861)
rtyler@mcguirewoods.com
Attorney for Fox Broadcasting Company
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA  23219-4030
Telephone:     (804) 775-7695
Facsimile:       (804) 698-2197

Dockets.Justia.com

Of Counsel:

Paul B. Gaffney
pgaffney@wc.com
Jessamyn S. Berniker
jberniker@wc.com
Attorneys for Fox Broadcasting Company
Williams & Connolly LLP
725 12th Street, NW
Washington, DC 20005
Telephone:    (202) 434-5000
Facsimile:    (202) 434-5029

CERTIFICATE OF SERVICE

      I certify that on June 29, 2007, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following counsel for Plaintiff segOne, Inc.

| | |
|---|---|
| James Gibson | Christopher J. Sprigman |
| James Gibson PLLC | University of Virginia School of Law |
| 1926 Hickoryridge Rd. | 580 Massie Rd |
| Richmond, VA 23238 | Charlottesville, VA 22903 |
| 804-287-6398 | 434-924-6331 |
| Fax: 804-287-6398 | Fax: 434-924-7536 |
| Email: jgibson@richmond.edu | Email: sprigman@virginia.edu |

/s/_____
Robert M. Tyler (VSB No. 37861)
rtyler@mcguirewoods.com
Attorney for Fox Broadcasting Company
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia  23219-4030
Telephone:    (804) 775-7695
Facsimile:     (804) 698-2197