IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

segONE, INC.,

                                  Plaintiff,

v.                                        Civil Action No.: 3:07–CV–342

FOX BROADCASTING COMPANY,

                                  Defendant.

## **ORDER**

THIS MATTER comes before the Court on Defendant FOX BROADCASTING COMPANY's Motion for an Enlargement of Time within which to File Responsive Pleadings, filed as Docket Entry No. 7, pursuant to Fed. R. Civ. P. 6(b). It appearing that the request has been made in good faith, and upon due consideration, the Motion shall be GRANTED. The Defendant shall have until July 29, 2007, to file its responsive pleadings. Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

                                                                /s/

                                           James R. Spencer
                                           CHIEF UNITED STATES DISTRICT JUDGE

ENTERED this __2nd__ day of July 2007