AO 440 (Rev. 8/01) Summons in a Civil Action

**FILED**

# UNITED STATES DISTRICT COURT

Eastern District of Virginia
RICHMOND DIVISION

SEGONE, INC.

V.

FOX BROADCASTING COMPANY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **3:07CV342**

TO: (Name and address of Defendant)

Fox Broadcasting Company
Attention: Mr. Gary D. Roberts
10201 West Pico Boulevard
Los Angeles, California 90035

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James Gibson, Esq.
James Gibson PLLC
1926 Hickoryridge Road
Richmond, Virginia 23238

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Fernando Galindo

CLERK

(By) DEPUTY CLERK

DATE 6/12/2007

dockets.Justia.com



# Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION
------------------------------------------------X
SEGONE, INC.,

      Plaintiff,

      -against-

FOX BROADCASTING
COMPANY,

      Defendant.
------------------------------------------------X

Case No. 3:07CV342

AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA    )
    S.S.:
COUNTY OF LOS ANGELES  )

TRACY RIEDEMAN, being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

That on the 15th day of June, 2007, at approximately the time of 11:28 A.M., deponent served a true copy of the SUMMONS IN A CIVIL CASE; COMPLAINT FOR DECLARATORY JUDGMENT AND INJUCTIVE RELIEF; FINANCIAL INTEREST DISCLOSURE STATEMENT; AND CIVIL COVER SHEET upon FOX BROADCASTING COMPANY at 2121 Avenue of the Stars, Suite 700, Los Angeles, CA, by personally delivering and leaving the same with PATRICK T. GILLHAM who informed deponent that HE holds the position of Sr. Counsel with that company and is authorized by appointment to receive service at that address.

PATRICK T. GILLHAM is a WHITE MALE, approximately 40 years of age, stands approximately 5 feet 11 inches tall, weighs approximately 180 pounds with BALDING hair.

_Tracy Riedeman_
PROCESS SERVER

State of California, County of Los Angeles
Subscribed and Sworn to (or affirmed) before me on this 20 day of June, 2007 By CHRISTOPHER P. TRINDADE, personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
NOTARY PUBLIC



CHRISTOPHER P. TRINDADE
Commission # 1509952
Notary Public - California
Los Angeles County
My Comm. Expires Aug 26, 2008

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com