IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __3:07CV342__, Case Name __SegOne, Inc. v. Fox Broadcasting Co.__
Party Represented by Applicant: __Defendant__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

2007 JUL 20 P 2: 35

PERSONAL STATEMENT

FULL NAME (no initials, please) __Jessamyn Sheli Berniker__
Bar Identification Number __482907__ State __District of Columbia__
Firm Name __Williams & Connolly LLP__
Firm Phone # __202.434.5000__ Direct Dial # __202.434.5474__ FAX # __202.434.5029__
E-Mail Address __jberniker@wc.com__
Office Mailing Address __725 12th Street, NW, Washington, DC 20005__

Name(s) of federal court(s) in which I have been admitted __See attachment__

I certify that the rules of the federal court(s) in which I have been admitted and have my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)    7/20/07
Robert M. Tyler
(Typed or Printed Name)    (Date)

Court Use Only:

Clerk's Fee Paid __✓__ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____

(Judge's Signature)    (Date)

# **Federal Courts in Which I have Been Admitted**

| **Court** | **Admitted** |
|---|---|
| U.S. Court of Appeals for the Federal Circuit | 7/12/02 |
| U.S. District Court for the District of Columbia | 8/11/03 |
| U.S. District Court for the District of Maryland | 9/7/04 |
| U.S. District Court for the Southern District of New York | 8/1/06 |