```
Court Name: EASTERN DISTRICT OF VIRGINIA
Division: 3
Receipt Number: 300001359
Cashier ID: lbreeden
Transaction Date: 07/20/2007
Payer Name: MCGUIRE WOODS
----------------------------------
PRO HOC VICE
 For: JESSAMYN BERNIKER/PAUL GAFFNEY
 Case/Party: D-VAE-3-07-CR-PROHAC-001
 Amount:      $50.00
PRO HOC VICE
 For: JESSAMYN BERNIKER/PAUL GAFFNEY
 Case/Party: D-VAE-3-07-CR-PROHAC-001
 Amount:      $50.00
----------------------------------
CHECK
 Check/Money Order Num: 301363
 Amt Tendered: $100.00
----------------------------------
Total Due:      $100.00
Total Tendered: $100.00
Change Amt:     $0.00

#3:07-CV-342
```