**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| **SEGONE, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 3:07cv342-JRS |
| ) | |
| **FOX BROADCASTING COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## DEFENDANT'S MOTION TO DISMISS
## FOR LACK OF SUBJECT MATTER JURISDICTION

Defendant, Fox Broadcasting Company, ("Fox"), by counsel, under Rule 12(b)(1) of the Federal Rules of Civil Procedure, for reasons set forth in the accompanying memorandum of law, respectfully moves the Court to dismiss the Complaint for lack of subject matter jurisdiction.

Respectfully submitted,

FOX BROADCASTING COMPANY

By Counsel

/s/
Robert M. Tyler (VSB No. 37861)
rtyler@mcguirewoods.com
Attorney for Fox Broadcasting Company
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030
Telephone:    (804) 775-7695
Facsimile:    (804) 698-2197

Paul B. Gaffney
pgaffney@wc.com
Jessamyn S. Berniker
jberniker@wc.com
Michael T. Morley
mmorley@wc.com
Attorneys for Fox Broadcasting Company
Williams & Connolly LLP
725 12th Street, NW
Washington, DC 20005
Telephone:    (202) 434-5000
Facsimile:    (202) 434-5029

CERTIFICATE OF SERVICE

      I certify that on July 27, 2007, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following counsel for Plaintiff segOne, Inc.

| | |
|---|---|
| James Gibson | Christopher J. Sprigman |
| James Gibson PLLC | University of Virginia School of Law |
| 1926 Hickoryridge Rd. | 580 Massie Rd |
| Richmond, VA 23238 | Charlottesville, VA 22903 |
| 804-287-6398 | 434-924-6331 |
| Fax: 804-287-6398 | Fax: 434-924-7536 |
| Email: jgibson@richmond.edu | Email: sprigman@virginia.edu |

/s/_____
Robert M. Tyler (VSB No. 37861)
rtyler@mcguirewoods.com
Attorney for Fox Broadcasting Company
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia  23219-4030
Telephone:     (804) 775-7695
Facsimile:     (804) 698-2197