segOne, Inc. v. Fox Broadcasting Company

Doc. 14 Att.

ROBERT M. SCHWARTZ (S.B. #117166)
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779
Email: rschwartz@omm.com

MARCUS S. QUINTANILLA (S.B. #205994)
ANDREW H. HALL (S.B. #240186)
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660-6429
Telephone: (949) 760-9600
Facsimile: (949) 823-6994
Email: mquintanilla@omm.com
Email: ahall@omm.com

Attorneys for Plaintiff
LA Fitness International, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| LA Fitness International LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>segOne, Inc., a Delaware corporation,<br><br>Defendant. | Case No. SACV06-423 DOC (RCx)<br><br>**STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE;** [~~PROPOSED~~] **ORDER**<br><br>Judge: David O. Carter |
| segOne, Inc., a Delaware corporation,<br><br>Counterclaimant,<br><br>v.<br><br>LA Fitness International, LLC, a California limited liability company,<br><br>Counterdefendant. | |

NB1:694876.1

STIPULATION AND REQUEST FOR DISMISSAL
WITH PREJUDICE; [PROPOSED] ORDER



Dockets.Justia.co

IT IS HEREBY STIPULATED by and between Plaintiff and Counterdefendant LA FITNESS INTERNATIONAL LLC and Defendant and Counterclaimant, SEGONE, INC. through their respective counsel of record, that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the above-captioned action and counterclaim be dismissed with prejudice, with each side to bear its own costs and attorneys' fees.

Dated: September 11, 2006

Respectfully submitted,

ROBERT M. SCHWARTZ
MARCUS S. QUINTANILLA
ANDREW H. HALL
O'MELVENY & MYERS LLP

By: _____
Andrew H. Hall
Attorneys for Plaintiff
LA Fitness International, LLC

Dated: September 21, 2006

STEPHEN M. KRAMARSKY
DEWEY PEGNO & KRAMARSKY LLP

By: _____
Stephen M. Kramarsky
Attorneys for Defendant
SEGONE, INC.

---

NB1:694876.1 — 2 — STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER

1 ## [PROPOSED] ORDER

2 Based on the Parties stipulation, it is HEREBY ORDERED, ADJUDGED,
3 AND DECREED that the above-captioned action be dismissed with prejudice, with
4 each side to bear its own costs and attorneys' fees.

6 DATED: SEPTEMBER 25, 2006  _____/s/ David O. Carter_____
                              UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE VIA U.S. MAIL

I, Teresa Marks, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 610 Newport Center Drive, 17th Floor, Newport Beach, California 92660. On September 25, 2006, I served the within document:

**Stipulation and Request For Dismissal With Prejudice; [Proposed] Order**

by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Newport Beach, California addressed as set forth below. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| **Stephen M. Kramarsky**<br>Dewey Pegno & Kramarsky LLP<br>220 East 42nd Street<br>New York, New York 10017 | John G. Connolly<br>Zimmermann, Koomer, Connolly &<br>Finkel LLP<br>1900 Avenue of the Stars, Suite 2375<br>Los Angeles, CA 90067 |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 25, 2006, at Newport Beach, California.

_____
Teresa Marks