BATES

Paul B. Gaffney (PG 7800)
Christopher N. Manning (CM 4231)
Jessamyn S. Berniker (JB 0686)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000
*Attorneys for Plaintiffs*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
AMERICAN BROADCASTING COMPANIES, INC.,
CBS BROADCASTING INC., DISNEY ENTERPRISES,
INC., FOX BROADCASTING COMPANY, SPELLING
TELEVISION INC., SUPERSTATION, INC., TBS
FUNDING CORP., TURNER ENTERTAINMENT
NETWORKS, INC., TURNER NETWORK TELEVISION
LP, LLLP, UNIVERSAL NETWORK TELEVISION LLC,
and UNIVERSAL TELEVISION NETWORKS,

        Plaintiffs,

        - against -

FLYING J, INC. and TON SERVICES, INC.,

        Defendants.
----------------------------------------------------------X

Case No. 06-cv-02967 (DAB)

ECF Case

segOne, Inc. v. Fox Broadcasting Company                                                                        Doc. 14 A

### STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1),

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiffs American Broadcasting Companies, Inc., CBS Broadcasting Inc., Disney Enterprises, Inc., Fox Broadcasting Company, Spelling Television Inc., Superstation, Inc., TBS Funding Corp., Turner Entertainment Networks, Inc., Turner Network Television LP, LLLP, Universal Network Television LLC, and Universal Television Networks ("Plaintiffs") and

Defendants Flying J, Inc. and Ton Services, Inc. ("Defendants"), that this action be dismissed in its entirety with prejudice. Each party shall bear its own costs and attorney's fees.

STIPULATED AND AGREED:

Dated: June 7, 2007

_____
Paul B. Gaffney (PG 7800)
Christopher N. Manning (CM 4231)
Jessamyn S. Berniker (JB 0686)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000
*Attorneys for Plaintiffs American Broadcasting Companies, Inc., CBS Broadcasting Inc., Disney Enterprises, Inc., Fox Broadcasting Company, Spelling Television Inc., Superstation, Inc., TBS Funding Corp., Turner Entertainment Networks, Inc., Turner Network Television LP, LLLP, Universal Network Television LLC, and Universal Television Networks*

_____
Christopher Sprigman (CS 7310)
UNIVERSITY OF VIRGINIA SCHOOL OF LAW
580 Massie Road
Charlottesville, Virginia 22903-1738
(434) 924-6331
*Attorney for Defendants Flying J, Inc. and Ton Services, Inc.*

SO ORDERED:

_____
U.S.D.J.

2