IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

**SEGONE, INC.,**

      **Plaintiff,**

v.

**FOX BROADCASTING COMPANY,**

      **Defendant.**

**Civil Action No. 3:07cv342-JRS**

## NOTICE OF CHANGE OF ADDRESS

 Please make note of changes in the address, telephone number, and fax number for James Gibson. The new information is set forth in the signature block below and is effective immediately. Note also that the e-mail address has *not* changed.

      Respectfully submitted,

      segOne, Inc.

      By: /s/
        James Gibson
        Virginia Bar No. 41469
        Attorney for segOne, Inc.
        JAMES GIBSON PLLC
        University of Virginia School of Law
        580 Massie Road
        Charlottesville, Virginia 22903-1789
        (434) 924-6454 phone
        (434) 924-7536 fax
        jgibson@richmond.edu

      Dated: August 17, 2007

CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of August, 2007, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Robert M. Tyler, Esq. | Paul B. Gaffney, Esq. |
| McGuire Woods LLP | Williams & Connolly LLP |
| One James Center | 725 Twelfth Street NW |
| 901 East Cary Street | Washington, DC  20005 |
| Richmond, Virginia  23219 | pgaffney@wc.com |
| rtyler@mcguirewoods.com | |

/s/
James Gibson
Virginia Bar No. 41469
Attorney for segOne, Inc.
JAMES GIBSON PLLC
University of Virginia School of Law
580 Massie Road
Charlottesville, Virginia  22903-1789
(434) 924-6454 phone
(434) 924-7536 fax
jgibson@richmond.edu