# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| SEGONE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:07cv342-JRS |
| ) | |
| FOX BROADCASTING COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT'S NOTICE OF HEARING

Defendant Fox Broadcasting Company ("Fox"), by counsel, gives notice that, on Friday, September 14, 2007, at 10:00 a.m., or as soon thereafter as counsel may be heard, the Court will hear argument on Fox's Motion To Dismiss For Lack Of Subject Matter Jurisdiction.

Respectfully submitted,

FOX BROADCASTING COMPANY

By Counsel

/s/
Robert M. Tyler (VSB No. 37861)
rtyler@mcguirewoods.com
David E. Finkelson (VSB No. 44059)
dfinkelson@mcguirewoods.com
Attorneys for Fox Broadcasting Company
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030
Telephone:    (804) 775-7695
Facsimile:    (804) 698-2197

Paul B. Gaffney
pgaffney@wc.com
Jessamyn S. Berniker
jberniker@wc.com
Michael T. Morley
mmorley@wc.com
Attorneys for Fox Broadcasting Company
WILLIAMS & CONNOLLY LLP
725 12th Street, NW
Washington, DC 20005
Telephone:    (202) 434-5000
Facsimile:    (202) 434-5029

**CERTIFICATE OF SERVICE**

    I certify that on August 20, 2007, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following counsel for Plaintiff segOne, Inc.

| | |
|---|---|
| James Gibson | Christopher J. Sprigman |
| James Gibson PLLC | University of Virginia School of Law |
| University of Virginia School of Law | 580 Massie Rd. |
| 580 Massie Road | Charlottesville, VA 22903 |
| Charlottesville, VA 22903 | 434-924-6331 |
| 434-924-6454 | Fax: 434-924-7536 |
| Fax: 434-924-7536 | Email: sprigman@virginia.edu |
| Email: jgibson@richmond.edu | |

/s/_____
Robert M. Tyler (VSB No. 37861)
rtyler@mcguirewoods.com
Attorney for Fox Broadcasting Company
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA  23219-4030
Telephone:     (804) 775-7695
Facsimile:       (804) 698-2197