# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

**SEGONE, INC.,**

        **Plaintiff,**

**v.**

**FOX BROADCASTING COMPANY,**

        **Defendant.**

**Civil Action No. 3:07cv342-JRS**

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

For the reasons set forth in the accompanying Memorandum, plaintiff segOne, Inc. hereby moves for summary judgment on its request for declaratory relief and respectfully asks this Court to issue an order declaring that use of the segOne Device, in conjunction with programming whose copyright is owned by Fox Broadcasting Company, does not result in copyright infringement under the federal Copyright Act, 17 U.S.C. § 101 *et seq.*

        Respectfully submitted,

        segOne, Inc.

        By:    /s/

| | |
|---|---|
| Christopher Sprigman | James Gibson |
| Admitted *pro hac vice* | Virginia Bar No. 41469 |
| Attorney for segOne, Inc. | Attorney for segOne, Inc. |
| CHRISTOPHER SPRIGMAN PLLC | JAMES GIBSON PLLC |
| University of Virginia School of Law | University of Virginia School of Law |
| 580 Massie Road | 580 Massie Road |
| Charlottesville, Virginia 22903-1789 | Charlottesville, Virginia 22903-1789 |
| (434) 924-6331 phone | (434) 924-6454 phone |
| (434) 924-7536 fax | (434) 924-7536 fax |
| sprigman@virginia.edu | jgibson@richmond.edu |

Dated: Sept. 13, 2007

CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of September, 2007, I will electronically file the foregoing Motion for Summary Judgment, along with an accompanying memorandum and exhibits, with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Robert M. Tyler, Esq. | Paul B. Gaffney, Esq. |
| McGuire Woods LLP | Williams & Connolly LLP |
| One James Center | 725 Twelfth Street NW |
| 901 East Cary Street | Washington, DC  20005 |
| Richmond, Virginia  23219 | pgaffney@wc.com |
| rtyler@mcguirewoods.com | |

/s/
James Gibson
Virginia Bar No. 41469
Attorney for segOne, Inc.
JAMES GIBSON PLLC
University of Virginia School of Law
580 Massie Road
Charlottesville, Virginia  22903-1789
(434) 924-6454 phone
(434) 924-7536 fax
jgibson@richmond.edu