**CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET**

DATE: September 14, 2007

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE: segOne Inc. v. Fox Broadcasting Company | CASE NO: 3:07CV342 |
| | JUDGE: Spencer |
| | COURT REPORTER: Gil Halasz, OCR |

MATTER COMES ON FOR: BENCH TRIAL ( ) MOTION HEARING (✓) OTHER: _____

APPEARANCES: Parties by (✓)/with ( ) counsel   Pro Se ( )

MOTIONS BEFORE TRIAL: _____

**TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( ) DEFENDANT(S) ( ) COURT ( )

OPENING STATEMENTS MADE ( )   OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )   ARGUMENTS OF COUNSEL HEARD ( )

FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED FROM THE BENCH ( )

MATTER TAKEN UNDER ADVISEMENT BY THE COURT ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )   MONETARY AWARD $ _____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )   TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS: Hearing on dft's Motion to Dismiss. Taken under advisement by the Court.

dft's response time on MSJ on hold pending Ruling on MTD. All deadlines from today until 9-21-07 on hold pending Ruling on MTD.

Counsel for Plaintiff(s): Christopher J. Sprigman, Esq / James Gibson, Esq

Counsel for Defendant(s): Robert M. Tyler, Esq / Paul B. Gaffney, Esq

SET: 10:00   BEGAN: 10:04   ENDED: 10:46   TIME IN COURT: :42

RECESSES:

Dockets.Justia.com