**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| **SEGONE, INC.,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 3:07cv342-JRS** |
| **FOX BROADCASTING COMPANY,** | |
| **Defendant.** | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of September, 2007, I electronically filed a

Memorandum in Support of Motion for Summary Judgment, along with accompanying exhibits,

with the Clerk of Court using the CM/ECF system, which then sent a notification of such filing

(NEF) to the following attorneys:

Robert M. Tyler, Esq.                Paul B. Gaffney, Esq.
McGuire Woods LLP                    Williams & Connolly LLP
One James Center                     725 Twelfth Street NW
901 East Cary Street                 Washington, DC  20005
Richmond, Virginia  23219            pgaffney@wc.com
rtyler@mcguirewoods.com

I further certify that on the 14th day of September, 2007, I electronically filed the same

Memorandum in Support of Motion for Summary Judgment, along with the same accompanying

exhibits, with the Clerk of Court using the CM/ECF system, which then sent a notification of

such filing (NEF) to the attorneys listed above.  The second filing was in response to a request

from the Clerk of Court that the Memorandum and accompanying exhibits be filed as their own

separate docket entry rather than under the docket number assigned to the Motion for Summary

Judgment.

- 2 -

/s/
_____
James Gibson
Virginia Bar No. 41469
Attorney for segOne, Inc.
JAMES GIBSON PLLC
University of Virginia School of Law
580 Massie Road
Charlottesville, Virginia  22903-1789
(434) 924-6454 phone
(434) 924-7536 fax
jgibson@richmond.edu

Dated: September 17, 2007