IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

SEGONE, INC.,

                Plaintiff,

v.

FOX BROADCASTING COMPANY,

                Defendant.

Action No. 3:07–CV–342

## *FINAL ORDER*

This Matter is before the Court on a Motion to Dismiss for Lack of Subject Matter Jurisdiction (Docket No. 13) by Fox. After considering the parties' briefs and oral arguments, the Court hereby GRANTS the Motion, for reasons that will be set forth in a Memorandum Opinion. SegOne's Motion for Summary Judgment (Docket No. 24) is hereby DISMISSED as moot.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

                /s/
James R. Spencer
Chief United States District Judge

ENTERED this  26th  day of September 2007